IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DARNELL FONDER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | 13-2045 |
| | ) | |
| KANKAKEE POLICE OFFICERS | ) | |
| TRUDEAU AND WAGNER, | ) | |
| | ) | |
| *Defendants.* | ) | |

## STIPULATION OF DISMISSAL

IT IS STIPULATED between the parties by their respective undersigned counsel that this action may be dismissed with prejudice and without costs.

   /s/  Kenneth N. Flaxman
        Kenneth N. Flaxman
        ARDC 830399
        200 S Michigan Ave, Ste 1240
        Chicago, IL 60604
        (312) 427-3200
        *attorney for plaintiff*

   /s/  Jason Rose (with consent)
        Jason Rose
        Hervas, Condon & Bersani, P.C.
        333 Pierce Road, Suite 195
        Itasca, Illinois 60143
        *an attorney for defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jason W. Rose, Michael D. Bersani, HERVAS, CONDON & BERSANI, P.C., 333 W. Pierce Road, Suite 195, Itasca, IL 60143-3156 and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 1240
Chicago, Illinois 60604
(312) 427-3200
*an attorney for plaintiff*